

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MORRIS REID, III, | § | No. 08-25-00155-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 112th District Court |
| | § | |
| HOLLOMAN CORPORATION, | § | of Crockett County, Texas |
| | § | |
| Appellee. | § | (TC# 21-02-08136-CV) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 25th day of June 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret.)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)